AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | ) | (For **Revocation** of Probation or Supervised Release) |
| **v.** | ) | |
| Jairo Mendoza Arazo | ) | USDC Case Number: CR-23-00382-001 JSC |
| | ) | BOP Case Number: DCAN323CR00382-001 |
| | ) | USM Number: 82771-510 |
| | ) | Defendant's Attorney: Daniel P. Blank |

**THE DEFENDANT:**

☑ admitted to Charge(s): <u>One through Five</u> of the Petition for Warrant filed on <u>December 20, 2024</u>.

☐ was found in violation of Charge(s): _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Reentered the United States without the Express Consent of the Secretary of the Department of Homeland Security | December 19, 2024 |
| Two | Failed to Report to the Probation Office within 72 hours of Reentry into the United States | December 19, 2024 |
| Three | Not Commit another Federal, State, or Local Crime | December 19, 2024 |
| Four | Not Commit another Federal, State, or Local Crime | December 19, 2024 |
| Five | Unlawfully Possessed a Controlled Substance | December 19, 2024 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Charge _____ is dismissed on motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:

Defendant's Year of Birth: <u>1990</u>

City and State of Defendant's Residence:

10/15/2025
Date of Imposition of Judgment

*Jacqueline Scott Corley*
Signature of Judge

The Honorable Jacqueline Scott Corley
United States District Judge
Name & Title of Judge

10/15/2025
Date Signed

AO 245D (Rev. AO 11/16-CAN 04/18) Judgment in Criminal Case of Revocation

DEFENDANT: Jairo Mendoza Arazo  
CASE NUMBER: CR-23-00382-001 JSC  
Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months in custody with no term of supervised release to follow. Sentence will run consecutive to 12-month sentence imposed in 3:25CR00139 for a total of 36 months.

- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [x] The defendant is remanded to the custody of the United States Marshal.

- [ ] The defendant shall surrender to the United States Marshal for this district:
    - [ ] at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).
    - [ ] as notified by the United States Marshal.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - [ ] at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).
    - [ ] as notified by the United States Marshal.
    - [ ] as notified by the Probation or Pretrial Services Office.

    The appearance bond shall be deemed exonerated upon the surrender of the defendant. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL

You must pay the total criminal monetary penalties as originally imposed, less any payments already received:

Special Assessment: $ <u>0</u>   Fine: $ <u>Waived</u>   Restitution: $ <u>None</u>